Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIQUAN FENNELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation, and INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION, LOCAL 19, a Washington corporation,<br><br>　　　　　　Defendants. | Case No. 3:16-cv-05933-RSL<br><br>ORDER GRANTING STIPULATED MOTION REGARDING WITHDRAWAL OF PENDING MOTIONS AND FILING OF SECOND AMENDED COMPLAINT |

This Court has considered the parties' stipulation regarding withdrawal of pending motions and filing of second amended complaint.

IT IS ORDERED:

　　　1.　That the pending motions (Dkts. 023, 024 and 027) are withdrawn.

　　　2.　That the Second Amended Complaint shall be filed no later than February 17, 2017.

ORDER GRANTING STIPULATED MOTION REGARDING
WITHDRAWAL OF PENDING MOTIONS AND FILING OF SECOND
AMENDED COMPLAINT - 1
(3:16-cv-05933-RSL)

4824-1478-7650.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204

3. That Defendants' answer or other response to the Second Amended Complaint is due by March 10, 2017.

DATED: February 14, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

By: /s/Jeffrey P. Chicoine
Jeffrey P. Chicoine, P.C., WSB No. 33409
MILLER NASH GRAHAM & DUNN LLP
111 SW Fifth Avenue, Suite 3400
Portland, Oregon  97204
Tel:  (503) 224-5858
Email:  jeff.chicoine@millernash.com

Attorneys for Defendant
Pacific Maritime Association

By: /s/Robert H. Lavitt
Robert H. Lavitt, WSBA No. 27758
SCHWERIN CAMPBELL BARNARD IGLITZIN & LAVITT LLP
18 West Mercer Street, Suite. 400
Seattle, Washington 98119
Tel:  (206) 257-6004
Email: lavitt@workerlaw.com

Robert S. Remar, *Pro Hac Vice*
Law Office of Robert Remar
1188 Franklin Street, 4th Floor
San Francisco, California 94109
Tel:  (415) 771-6400
Email: rremar@remarlaw.com

Attorneys for ILWU Local 19

ORDER GRANTING STIPULATED MOTION REGARDING WITHDRAWAL OF PENDING MOTIONS AND FILING OF SECOND AMENDED COMPLAINT - 2
(3:16-cv-05933-RSL)

4824-1478-7650.1

**MILLER NASH GRAHAM & DUNN LLP**
ATTORNEYS AT LAW
T: 503.224.5858 | F: 503.224.0155
3400 U.S. BANCORP TOWER
111 S.W. FIFTH AVENUE
PORTLAND, OREGON  97204