1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIQUAN FENNELL,

              Plaintiff,

    vs.

PACIFIC MARITIME
ASSOCIATION, *et al*.,

              Defendants.

No. C16-5933RSL

ORDER GRANTING MOTION TO
EXTEND DEADLINE FOR JOINING
PARTIES

       This matter comes before the court on plaintiff's "Motion to Extend Deadline for

Joining Additional Parties." Dkt. # 42.[1] Defendant Pacific Maritime Association

("PMA") has denied that it is plaintiff's employer, asserting that it is "a multi-employer

collective-bargaining agent for its member companies, who employ ILWU-represented

longshore workers" such as plaintiff. Dkt. # 47 at 2. PMA declined to identify plaintiff's

employer, however, so he has initiated discovery to seek that information in order to

pursue his Uniform Services Employment & Reemployment Rights Act ("USERRA")

and Washington Law Against Discrimination ("WLAD") claims. Plaintiff seeks an

extension until June 5, 2017, to receive responses from PMA and to identify his

employer.

---

[1] Plaintiff's request for alternative relief – that the International Longshore and Warehouse Union be added as a
defendant – has been granted.

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PMA asserts that plaintiff has long been aware of the dispute regarding the identity of his employer, that he has records in his possession sufficient to identify the employer(s), and/or that plaintiff does not intend to add additional defendants even if the employers were identified. The first argument is uncontested: the parties recognized that there was a dispute and agreed in their Joint Status Report that June 5, 2017, was a reasonable deadline for joining additional parties. Dkt. # 29 at 1. The second and third arguments are unsupported.

In light of PMA's refusal to identify plaintiff's employers and the relevance of that information to his USERRA and WLAD claims, an extension of time in which to conduct discovery is appropriate. Plaintiff's motion is GRANTED. The deadline for joining parties is hereby extended to June 5, 2017.

Dated this 3rd day of April, 2017.

Robert S. Lasnik

United States District Judge

ORDER - 2