UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                       )
SHIQUAN FENNELL,                       )
                                       )   Civil Case No. C16-5933RSL
                 Plaintiff,            )
        v.                             )   ORDER GRANTING DEFENDANT'S
                                       )   MOTION FOR LEAVE TO OPPOSE
PACIFIC MARITIME ASSOCIATION, *et al.*,)   EVIDENTIARY OBJECTIONS
                                       )
                 Defendants.           )
_____)

This matter comes before the Court on "Pacific Maritime Association's Motion for Leave to File Opposition to Plaintiff's Motion to Strike." Dkt. # 82. The motion is unopposed and therefore GRANTED. The Court will consider defendant's response to plaintiff's evidentiary objections when ruling on the pending motion for partial summary judgment.

Dated this 19th day of December, 2017.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR LEAVE TO OPPOSE
EVIDENTIARY OBJECTIONS - 1