The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SHIQUAN FENNELL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PACIFIC MARITIME ASSOCIATION, a California corporation, and INTERNATIONAL LONGSHOREMEN'S & WARE-HOUSEMEN'S UNION, LOCAL 19, a Washington corporation, and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,<br><br>　　　　　Defendants. | No. 3:16-cv-05933-RSL<br><br>STIPULATED MOTION [AND ~~PROPOSED~~ ORDER] FOR TWO-DAY EXTENSION OF FILING DEADLINE FOR DISPOSITIVE MOTIONS<br><br>NOTE ON MOTION CALENDAR:<br>December 26, 2017 |

## STIPULATION

Having met and conferred about this, the parties stipulate, if allowed by the Court, to extend the current deadline for filing dispositive motions from Tuesday, January 2 to Thursday, January 4, 2018.

Moving the deadline from the 2nd (the day after New Year's Day) to Thursday, the 4th, will not affect the noting date, which in either event would be the fourth Friday thereafter.

STIPULATED MOTION AND ORDER FOR TWO-DAY EXTENSION OF FILING DEADLINE FOR DISPOSITIVE MOTIONS - 1
4850-6663-0233.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  DATED this 26th day of December, 2017.

2

3  *By: s/Janelle E. Chase-Fazio*
Janelle E. Chase-Fazio, WSBA No. 51254
James W. Beck, WSBA No. 34208
4  GORDON THOMAS HONEYWELL, LLP
1201 Pacific Ave Ste 2100
5  Tacoma, WA 98402
Tel: (253) 620-6500
6  Fax: (253) 620-6565
Email: jchase-fazio@gth-law.com
7  Email: jbeck@gth-law.com
*Counsel for Plaintiff*
8

*By: s/Clemens H. Barnes*
Clemens H. Barnes, WSBA No. 4905
Kellen A. Hade, WSBA No. 44535
MILLER NASH GRAHAM & DUNN LLP
Pier 70, 2801 Alaskan Way Ste 300
Seattle, WA 98121-1128
Tel: (206) 624-8300
Fax: (206) 340-9599
Email: clem.barnes@millernash.com
Email: kellen.hade@millernash.com
*Counsel for Defendant
Pacific Maritime Association*

9  *By: s/Robert S. Remar*
Robert S. Remar, *Pro Hac Vice*
10  LAW OFFICE OF ROBERT REMAR
1188 Franklin St 4th Fl
11  San Francisco, CA 94109
Tel: (510) 499-1570
12  Email: rremar@remarlaw.com
*Counsel for Defendant ILWU and Local 19*
13

*By: s/Clifford D. Sethness*
Clifford D. Sethness, WSBA No. 14110
Jason S. Mills, *Pro Hac Vice*
MORGAN LEWIS & BOCKIUS
300 South Grand Ave Fl 22
Los Angeles, CA 90071
Tel: (213) 612-1080
Email: clifford.sethness@morganlewis.com
Email: jason.mills@morganlewis.com
*Counsel for Defendant
Pacific Maritime Association*

14

15  *By: s/Kirsten B. White*
Kirsten B. White, *Pro Hac Vice*
16  MORGAN LEWIS & BOCKIUS
One Federal Street
17  Boston, MA 02110
Tel: (617) 341-7541
18  Email: kirsten.white@morganlewis.com
*Counsel for Defendant
Pacific Maritime Association*

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER FOR TWO-DAY
EXTENSION OF FILING DEADLINE FOR DISPOSITIVE
MOTIONS - 2
4850-6663-0233.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

## ORDER

Based on the forgoing Stipulation and good cause appearing, IT IS SO ORDERED. The dispositive motion deadline is moved from January 2 to January 4, 2018.

DATED: Jan. 4, 2018.

_____
JUDGE ROBERT S. LASNIK

STIPULATED MOTION AND ORDER FOR TWO-DAY
EXTENSION OF FILING DEADLINE FOR DISPOSITIVE
MOTIONS - 3
4850-6663-0233.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121