The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHIQUAN FENNELL,

    Plaintiff,

vs.

PACIFIC MARITIME ASSOCIATION, a California corporation, and INTERNATIONAL LONGSHOREMEN'S WAREHOUSE UNION, LOCAL 19, a Washington corporation, and INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

    Defendants.

No. 3:16-cv-05933-RSL

ORDER FOR DISMISSAL WITH PREJUDICE

## ORDER

In accordance with the parties' Stipulation and Request for Dismissal, the Court hereby orders that any and all claims in this matter are hereby DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

IT IS SO ORDERED.

DATED this 4th day of April, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge